UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSS RILEY, | ) |
| | ) CASE NO. C11-5318-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER GRANTING LIMITED |
| MICHAEL J. ASTRUE, | ) EXTENSION OF TIME OF |
| Commissioner of Social Security, | ) REMAINING BRIEFING SCHEDULE |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed the parties' first stipulation for extension of time (Dkt. 12), requesting a 42-day extension of the due date in which to file her opening brief. Having considered the stipulation, and the entire docket in the case, the court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by plaintiff. The court will not typically grant extensions that are longer than approximately 30 days, and therefore grants a 30-day extension in this case, with the new deadlines as follows:

    Plaintiff's Opening Brief:        November 10, 2011

    Defendant's Responsive Brief:    December 8, 2011

    Plaintiff's optional Reply Brief:   December 22, 2011

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

Plaintiff may file a second unopposed motion for extension if she needs additional time. However, the parties should note that a second extension of the Opening Brief would impact the ability of defendant to request an extension specifically extending the deadline for the responsive brief, and should plan accordingly.

DATED this 6th day of October, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2